| | | |
|---|---|---|
| 1-800 flowers.com<br>P.O. Box 29901<br>New York, NY 10087 | Always Best Care San Antonio<br>14855 Blanco Road<br>San Antonio, TX 78216 | Arland Schnacker<br>PO Box 65172<br>San Antonio, TX 78265 |
| 2/90 Sign Systems<br>P.O. Box 888289<br>Grand Rapids, MI 49588 | Alzheimer's Association<br>10223 McAllister Frwy<br>San Antonio, TX 78216 | Arthur G Pena<br>2627 Ackerman Rd<br>San Antonio, TX 78219 |
| A Place for Mom, Inc.<br>PO Box 913241<br>Denver, CO 80291 | Amanda Kurtz<br>20271 Stone Oak Parkway<br>San Antonio, TX 78258 | AT&T<br>1 AT&T Center<br>San Antonio, TX 78219 |
| AAA Appliance Service<br>304 Marilyn Dr<br>Schertz, TX 78154 | American Healthcare Management<br>727 Abby Mist Drive<br>St Johns, FL 32259 | AT&T<br>P.O. Box 5001<br>Carol Stream, IL 60197 |
| ActivityConnection.com LLC<br>818 SW Third Ave #222<br>Portland, OR 97204 | American Medical Technologies,<br>7322 Triple Elm South<br>San Antonio, TX 78263 | AT&T<br>PO Box 105414<br>Atlanta, GA 30348 |
| Alejandro Callahan<br>415 Future Dr.<br>San Antonio, TX 78213 | Anchor Flag & Pole, Inc<br>3750 W Northwest Hwy<br>Dallas, TX 75220 | Bank Direct Capital Finance, L<br>P.O. BOX 660448<br>Dallas, TX 75266 |
| Alere Toxicology<br>BOX 536506<br>Pittsburgh, PA 15253 | Approved to Print LLC<br>300 Britain Circle<br>Irving, TX 75062 | Bell Nunnally<br>3232 McKinney Avenue Ste 1400<br>Dallas, TX 75204 |
| Alfresco Software Limited<br>The Place.Bridge Avenue<br>Maidenhead Berks. SL6 1AF, Unit | Aquarium & Pond Solutions<br>19422 Arrowood Place<br>Garden Ridge, TX 78266 | Bexar County Appraisal District<br>411 N Frio St<br>San Antonio, TX 78207 |
| All Out Graphics LLC<br>702 Elm Street<br>Waller, TX 77484 | Argentum<br>PO Box 34806<br>Alexandria, VA 22334 | Bexar County Tax Assessor Colle<br>PO Box 2903<br>San Antonio, TX 78299 |
| Alma Munoz<br>20271 Stone Oak Parkway<br>San Antonio, TX 78258 | Arias Painting Company<br>PO Box 796661<br>Dallas, TX 75379 | Bouchard Insurance Inc<br>PO Box 6090<br>Clearwater, FL 33758 |

| | | |
|---|---|---|
| Bracken Plumbing Inc<br>17333 Bell North Dr<br>Schertz, TX 78154 | City of San Antonio<br>PO Box 839975<br>San Antonio, Tx 78283 | Culligan Water Conditioning Co.<br>1034 Austin Street<br>San Antonio, TX 78208 |
| Briggs Healthcare<br>4900 University Ave<br>West Des Moines, IA 50266 | City of San Antonio<br>Financial Services Division<br>San Antonio, TX 78291 | CVS Pharmacy Inc<br>83649 Collection Center Drive<br>Chicago, IL 60693 |
| Brightview Landscape Services<br>PO Box 31001-2463<br>Pasadena, CA 91110 | City of San Antonio - Police Dep<br>315 S Santa Rosa<br>San Antonio, TX 78207 | Darling Ingredients Inc<br>PO Box 530401<br>Atlanta, GA 30353 |
| Bulverde Spring Branch Activity<br>30280 Cougar Bend<br>Bulverde, TX 78163 | CliftonLarsonAllen LLP<br>P.O. Box 679487<br>Dallas, TX 75267 | Darling Ingredients Inc.<br>PO Box 554885<br>Detroit, MI 48255 |
| Caring.com<br>P.O. Box 7689<br>San Francisco, CA 94120 | CPS Energy<br>511 S. Salado St.<br>San Antonio, TX 78207 | Darling International, Inc<br>1240 Sargent Road<br>Dallas, TX 75203 |
| Carolina Nutrition Consultants<br>407 W Main Street<br>Lexington, SC 29072 | CPS Energy<br>PO Box 2678<br>San Antonio, TX 78289 | Darrell Brogdon<br>7113 San Pedro<br>San Antonio, TX 78216 |
| Certified Floors & Installation<br>4177 Louetta Road<br>Spring, TX 77388 | Creative Forecasting, Inc.<br>P.O. Box 7789<br>Colorado Springs, CO 80933 | Debbie Smith<br>20271 Stone Oak Pkwy<br>San Antonio, TX 78258 |
| Certified Service Center<br>813 South Eastman Road<br>Longview, TX 75602 | CSC<br>PO Box 13397<br>Philadelphia, PA 19101 | Deborah R. Marshall<br>PO Box 17083<br>San Antonio, TX 78217 |
| CFP Fire Protection<br>153 Technology Dr.<br>Irvine, CA 92618 | CSC Service Works<br>1204 Bethel Rd, Suite 160<br>Coppell, TX 75019 | Delaware Secretary of State<br>Division of Corporations<br>Binghamton, NY 13902 |
| Christian Figueroa<br>9525 Katy Frwy Ste 445<br>Houston, TX 77024 | CSC Service Works / Coinmach<br>P.O. Box 27288<br>New York, NY 10087 | Dell Marketing L.P<br>P.O. Box 676021<br>Dallas, TX 75267 |

| | | |
|---|---|---|
| Direct Supply, Inc.<br>Box 88201<br>Milwaukee, WI 53288 | FedEx<br>PO Box 660481<br>Dallas, TX 75266 | Harbor Linen<br>P O Box 3510<br>Cherry Hill, NJ 08034 |
| Direct TV<br>4208 Culebra Road<br>San Antonio, TX 78228 | Fein Tuned<br>3739 Colter Rd<br>San Antonio, TX 78247 | HD Supply<br>PO Box 509058<br>San Diego, CA 92150 |
| DirectTV<br>P.O. BOX 105249<br>Atlanta, GA 30348 | Firetrol Protection Systems<br>400 Garden Oaks Blvd<br>Houston, TX 77018 | HealthCare Interactive, Inc.<br>8800 Highway 7<br>Minneapolis, MN 55426 |
| Discount Printed Promos<br>60 E Main Street<br>Carpentersville, IL 60110 | Firetrol Protection Systems, Inc<br>105 Windy Meadows Dr - Bldg 1<br>Schertz, TX 78154 | Hearst Newspapers LLC<br>PO Box 80087<br>Prescott, AZ 86304 |
| Ecolab Inc.<br>P.O. Box 70343<br>Chicago, IL 60673 | Flimp Media Inc.<br>2 Hayden Rowe Street<br>Hopkinton, MA 01748 | Hillyard Inc.<br>P. O. Box 802049<br>Kansas City, MO 64180 |
| Elizabeth India Gremillion<br>1510 W. North Loop Blvd.<br>Austin, TX 78756 | Frank Valdez<br>6142 Rose Valley<br>San Antonio, TX 78258 | Home Depot Pro<br>PO Box 848392<br>Dallas, TX 75284 |
| Engage PEO<br>3001 Executive Drive<br>ST Petersburg, FL 33762 | Franklin Dance Team LTD<br>9208 S. 41st Street<br>Franklin, WI 53132 | Hunton Andrews Kurth, LLP<br>PO Box 405759<br>Atlanta, GA 30384 |
| Entek<br>5177 Bellewood Court<br>Buford, GA 30518 | Frost National Bank<br>PO Box 34746<br>San Antonio, TX 78265 | Illustratus<br>8455 Lenexa Drive<br>Lenexa, KS 66214 |
| Facilitec East<br>3851 Clearview Court<br>Gurnee, IL 60031 | Gary Warm<br>27902 Cazador Trail<br>San Antonio, TX 78260 | Indeed, Inc.<br>Mail Code 5160<br>Dallas, TX 75266 |
| Facilitec Southwest<br>2300 Cold Springs Road<br>Fort Worth, Tx 76106 | Getty Images, Inc<br>PO Box 953604<br>St Louis, MO 63195 | Inez R. Esquivel<br>12010 Poinciana<br>San Antonio, TX 78245 |

| | | |
|---|---|---|
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Johnston Pratt<br>George Barbour<br>1717 Main Street, Suite 3000<br>Dallas, Texas 75201 | Len Hess Piano Service<br>207 E Crestline Drive<br>San Antonio, TX 78201 |
| Iron Mountain<br>P.O. Box 915004<br>Dallas, TX 75391 | JPT Graphics, Inc<br>212 W Irving Blvd.<br>Irving, TX 75060 | Liquid Waste Solutions<br>650 W Bough Ln. Ste.150-204<br>Houston, TX 77024 |
| Ismael M Wylie<br>5530 Indian Peak<br>San Antonio, TX 78247 | Juan Escamilla dba Escamilla Co<br>15420 West Hardy Road<br>Houston, TX 77060 | Loftin Equipment Company, Inc<br>P.O. Box 641055<br>Dallas, TX 75264 |
| J M Electronic Engineering Inc<br>PO Box 397<br>Round Rock, TX 78680 | Kalan Backflow Service<br>2022 Kendolph Drive<br>Denton, TX 76205 | Long Term Solutions, Inc.<br>235 West Central Street<br>Natick, MA 01760 |
| Jacobs Communications Inc.<br>6212 Jacqueline Drive<br>Plano, TX 75024 | Keith & Associates, Inc.<br>115 West 3rd Street<br>Tulsa, OK 74103 | LSLH Trust<br>106 Chestnut Street<br>Stillwater, MN 55082 |
| Jay E Thomas<br>125 Grey Fox Cir<br>Spring Branch, TX 78070 | Kevin Cooley<br>5804 Babcock Rd #331<br>San Antonio, TX 78240 | Maxim Health Systems<br>12915 Collection Center Drive<br>Chicago, IL 60693 |
| Jesse Gonzalez<br>2903 War Feather<br>San Antonio, TX 78238 | Kirby Restaurant & Supply<br>809 South Eastman Road<br>Longview, TX 75602 | Maxim Health Systems<br>12558 Collections Center Drive<br>Chicago, IL 60693 |
| JetStar Courier, Inc.<br>PO Box 852073<br>Richardson, TX 75085 | Koetter Fire Protection of Aust<br>16069 Central Commerce Drive<br>Pflugerville, TX 78660 | McKesson Corporation<br>McKesson Medical-Surgical<br>Dallas, TX 75320 |
| Jillian Boldway<br>15514 Dawn Crest<br>San Antonio, TX 78248 | LaSalle Stone Oak Management, L<br>1900 Enchanted Way, Suite 200<br>Grapevine, TX 76051 | MechTrend Solutions LLC<br>P.O. Box 862<br>Little River Academy, TX 76554 |
| Johnston Pratt<br>Sean M. Affleck<br>1717 Main Street, Suite 3000<br>Dallas, Texas 75201 | LD Products<br>3700 Cover Street<br>Long Beach, CA 90808 | Medline Industries, Inc.<br>Dept. 1080<br>Dallas, TX 75312 |

| | | |
|---|---|---|
| MedProperties Holdings, LLC<br>2300 N. Field St<br>Dallas, TX 75201 | Occupational Health Centers of<br>PO Box 9005<br>Addison, TX 75001 | PR Newswire Association LLC<br>350 Hudson Street<br>New York, NY 10014 |
| MedProperties Stone Oak, LLC<br>2300 North Field Street, Suite<br>Dallas, TX 75248 | Omnicare Inc.<br>Dept 781668<br>Detroit, MI 48278 | Primo Solutions LLC<br>26205 N 54th Avenue<br>Phoenix, AZ 85083 |
| Melvin W. Warren, Jr<br>125 W Romana Street, Suite 215<br>Pensacola, FL 32502 | On Shift, Inc.<br>PO Box 207856<br>Dallas, TX 75320 | Progressive Business Publicatio<br>P.O. Box 3014<br>Malvern, PA 19355 |
| Meridian Research Group<br>2108 N. 41st Street<br>Seattle, WA 98103 | OneDay<br>5910 N Central Expy - Suite 131<br>Dallas, TX 75206 | ReachLocal Inc.<br>Attn: Kelly Barker<br>Plano, TX 75093 |
| Michael T. Clancey<br>934 LaManda Blvd.<br>San Antonio, TX 78201 | PC Connection Sales Corp<br>DBA Connection<br>Pittsburgh, PA 15253 | Realpage Inc.<br>PO Box 11407<br>Birmingham, AL 35246 |
| Mitchell W. Warren<br>1900 Enchanted Way, Suite 200<br>Grapevine, TX 76051 | Perfect Feast<br>PFR Corporate Gifts LLC<br>Orem, UT 84057 | Recognition USA<br>P. O. Box 831514<br>Richardson, TX 75083 |
| NAAP<br>3604 Wildon Street<br>Eau Claire, WI 54703 | Pitney Bowes- Purchase Power<br>P.O. Box 371874<br>Pittsburgh, PA 15250 | Rentokil Steritech<br>PO Box 13848<br>Reading, PA 19612 |
| Nick Castilleja<br>124 Diablo Drive<br>Burleson, TX 76028 | Popp Hutcheson PLLC<br>1301 South Mopac  Suite 430<br>Austin, TX 78746 | Richard A. Hailey<br>14903 Eminence<br>San Antonio, TX 78248 |
| Nicole Gasaway<br>76 E. Stony End Place<br>The Woodlands, TX 77381 | Power Washer Repair of S Texas<br>14080 Nacogdoches Rd<br>San Antonio, TX 78247 | Roto Rooter Service Company<br>5672 Collections Drive<br>Chicago, IL 60693 |
| Norman P. Brown<br>20271 Stone Oak Pkwy<br>San Antonio, TX 78258 | PowerSecure Service, Inc.<br>377 Maitland Avenue<br>Altamonte springs, FL 32701 | RR Donnelley<br>PO Box 932721<br>Cleveland, OH 44193 |

| | | |
|---|---|---|
| S&AA, Inc dba Precise Communica<br>P.O. Box 50403<br>Denton, TX 76206 | Shanna Lindsey<br>20271 Stone Oak Parkway<br>San Antonio, TX 78258 | Stericycle, Inc.<br>PO Box 6575<br>Carol Stream, IL 60197 |
| Samuels Glass Company LLC<br>3011 NE Loop 410 Suite 120<br>San Antonio, TX 78218 | Sharps Compliance, Inc.<br>PO Box 679502<br>Dallas, TX 75267 | Sterling Talent Solutions<br>PO Box 35626<br>Newark, NJ 07193 |
| San Antonio Express News<br>Attn: Lorie Dye<br>San Antonio, TX 78205 | Sherwin Williams<br>PO Box 840943<br>Dallas, TX 75284 | Stone Oak Property Owners Assoc<br>c/o The Management Co of Stone<br>San Antonio, TX 78265 |
| San Antonio Water System<br>PO Box 2990<br>San Antonio, TX 78299 | Signius Communications<br>PO Box 639236<br>Cincinnati, OH 45263 | Sugarloaf Memory Care<br>545 E. John Carpenter Frwy<br>Irving, TX 75062 |
| San Antonio Water Systems<br>2800 US 281<br>San Antonio, TX 78212 | Spectrum<br>1900 Blue Crest Lane<br>San Antonio, TX 78247 | Symonds Flags & Poles<br>7503 Flagstone Drive<br>Fort Worth, TX 76118 |
| Second Wind Dreams, Inc.<br>11115 Houze Road<br>Roswell, GA 30076 | SPM Communications Inc.<br>2030 Main Street<br>Dallas, TX 75201 | Sysco<br>PO Box 560700<br>Lewisville, TX 75056 |
| Secretary of State, Texas<br>P.O. Box 13697<br>Austin, TX 78711 | St. Charles Memory Care<br>545 E John Carpenter Frwy #500<br>Irving, TX 75062 | TALA<br>4505 Spicewood Springs Rd Suite<br>Austin, TX 78759 |
| See the Sea, Inc.<br>6414 Spanish Earth<br>San Amtonio, TX 78233 | Stanley Steemer International I<br>PO Box 205819<br>Dallas, TX 75320 | TD Industries Inc<br>13850 Diplomat Drive<br>Dallas, TX 75234 |
| Senior Housing Analytics<br>6612 Orland Street<br>Falls Church, VA 22043 | Staples Business Advantage<br>PO Box 660409<br>Dallas, TX 75266 | Tex-Air Filter/Air Relief Techn<br>5757 East Rosedale Street<br>Fort Worth, TX 76112 |
| ServiceTrac<br>9382 E. Bahia Drive<br>Scottsdale, AZ 85260 | Staples Technology Solutions<br>P.O. Box 95230<br>Chicago, IL 60694 | Texas AirSystems LLC<br>6029 W Campus Cir Dr, Ste 100<br>Irving, TX 75063 |

| | | |
|---|---|---|
| Texas Assisted Living Associati<br>4505 Spicewood Springs Rd.<br>Austin, TX 78759 | The Home Depot Pro<br>PO Box 415133<br>Boston, MA 02241 | Uniform Wizard<br>826 N. Hoagland Blvd<br>Kissimmee, FL 34741 |
| Texas Comptroller of Public Acc<br>Revenue Accounting Division - B<br>P.O. Box 13528 Capitol Station<br>Austin, TX 78711 | The Image Group, Inc.<br>1255 Corporate Drive<br>Holland, OH 43528 | US Foods<br>3682 Collections Ctr Dr<br>Chicago, IL 60693 |
| Texas Comptroller of Public Acc<br>P.O. Box 149348<br>Austin, TX 78714 | The LaSalle Group, Inc<br>1900 Enchanted Way, Suite 200<br>Grapevine, TX 76051 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266 |
| Texas Department of Aging and D<br>Ann Skowronski, Litigation Unit<br>Mail Code W-615<br>701 W 51st Street<br>Austin, TX 78751 | The LaSalle Group, Inc.<br>545 E. John Carpenter Fwy.<br>Irving, TX 75062 | Victor Soliz<br>20271 Stone Oak Pkwy<br>San Antonio, TX 78258 |
| Texas Department of Aging and D<br>PO Box 149030<br>Austin, TX 78714 | The Payton Group<br>618 W. State Street<br>Garland, TX 75040 | Vigil Health Solutions, Inc.<br>136 E 8th St., #344<br>Port Angeles, WA 98362 |
| Texas Dept Of Health And Human<br>4900 N Lamar Blvd<br>Austin, TX 78751-2316 | Tiffany Smith<br>9731 Morningfield<br>San Antonio, TX 78250 | VorroHealth<br>PO Box 1185<br>Farmington, UT 84025 |
| Texas Health & Human Services C<br>P.O. Box 149030<br>Austin, TX 78714 | Time Warner Cable<br>P.O. Box 223085<br>Pittsburgh, PA 15251 | Waste Management of Texas Inc<br>PO Box 660345<br>Dallas, TX 75266 |
| Texas Series of Lockton Compani<br>Lockbox 893036<br>Richardson, TX 75081 | TLG Family Management<br>545 E. John Carpenter Frwy #500<br>Irving, TX 75062 | Waste Management Texas<br>4730 East Loop 410<br>San Antonio, TX 78222 |
| The Home Depot Pro<br>PO Box 404468<br>Atlanta, GA 30384 | Total Fire & Safety, Inc.<br>7909 Carr Street<br>Dallas, TX 75227 | Water Works Maintenance & Repai<br>7118 Westlawn Drive<br>San Antonio, TX 78227 |
| The Home Depot Pro<br>PO Box 844727<br>Dallas, TX 75284 | U.S. Bank Equipment Finance<br>P.O. Box 790448<br>St. Louis, MO 63179 | Wayfair, LLC<br>4 Copley Place, Floor 7<br>Boston, MA 02116 |

Westfield Bank FSB
PO Box 668
Westfield Center, OH 44251


Winstead PC
Attn:  Accounts Receivable
Dallas, TX 75201


Yardi Systems
P.O. Box 82572
Goleta, CA 93118


ZOHO Corporation
PO Box 894926
Los Angeles, CA 90189